C. A. No. 1971. STATE *v.* ALFRED REO *et al.* Defendants ordered to appear on February 8, 1974 at 9:30 a. m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court. *Richard J. Israel,* Attorney General, for plaintiff. *Frank A. Manzi,* for defendants.

January 22, 1974.

M. P. No. 73-323. JAMES L. TAFT, JR., *Mayor, et al v.* ANTHONY A. TRIBELLI *et al., Personnel Appeal Board of Cranston.* Petition for writ of certiorari granted with direction that the parties brief and argue the question of standing of petitioner James L. Taft, Jr. in the premises. Motion of Mason R. Cornell to intervene is granted. Roberts, C. J. not participating. *Peter Palombo, Jr.,* City Solicitor, for petitioners. *Hogan & Hogan, Thomas S. Hogan,* for respondents.

M. P. No. 73-325. STATE *v.* TIMOTHY BIANCULLI. Petition for writ of certiorari is granted without prejudice to the right of the State to renew its objections thereto at the hearing on the merits. Roberts, C. J. not participating. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff-respondent. *Aram K. Berberian,* for defendant-petitioner.

M. P. No. 74-4. NORMAN J. VERMETTE *v.* LOUISE S. CIRILLO, *Administratrix of the estate of Leo Ciarlelli.* Petition of Louise S. Cirillo, as administratrix of the estate of Leo Ciarlelli, for writ of certiorari is granted. Roberts, C. J. not participating. *Edwards & Angell, John H. Blish,* for plaintiff-respondent. *D. A. St. Angelo,* for defendant-petitioner.